IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**ONEWEST BANK, FSB,**

    Plaintiff,

vs.                                          Civil No.   11-1066

**ERIN CHANCY, et al.,**

    Defendants.

## ORDER

**HERNDON, Chief Judge:**

Before the Court is the parties' stipulation of dismissal without prejudice (Doc. 124). Plaintiff OneWest Bank, FSB, and defendants United States of America, the City of Belleville, Ralph Chancy, Cynthia Chancy, and Erin Chancy voluntarily dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Doc. 124). The parties stipulate to the dismissal without prejudice of the above matter, with each party to bear its own attorneys' fees and costs. The Court hereby **ACKNOWLEDGES** said notice and holds that the plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court is **DIRECTED** to close the case.

    **IT IS SO ORDERED.**
    Signed this 16th day of June, 2014.

Digitally signed by David R. Herndon
Date: 2014.06.16 19:04:52 -05'00'

**Chief Judge**
**United States District Court**